L62AAOIC                        Conference

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

I.O. INDIVIDUALLY and I.O. on
behalf of his child G.O.  a
minor,

                Plaintiffs,

         v.                                20 CV 5061 (PAC)

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                Defendant.
------------------------------x
                                           New York, N.Y.
                                           June 12, 2021
                                           3:00 p.m.
Before:

                  HON. PAUL A. CROTTY,

                                           District Judge

                      APPEARANCES

LAW OFFICES OF IRINA ROLLER
     Attorney for Plaintiff
BY:  IRINA ROLLER

NYC LAW DEPARTMENT
     Attorneys for Defendant
BY:  BRIAN KRIST
```

1
2              (Case called)
3              MS. ROLLER:  Irina Roller, attorney for the plaintiff.
4              THE COURT:  Hello, Ms. Roller.
5              MS. ROLLER:  Good afternoon.
6              MR. KRIST:  For the city, Brian Krist, for the New
7    York City Law Department.
8              Good afternoon, everyone.
9              THE COURT:  Good afternoon.
10             Mr. Roller, did you want to go first?
11             MS. ROLLER:  I would be happy to.
12             Thank you, your Honor.
13             So, this is a fees action for an IVA case in which the
14   plaintiff won the underlying hearing and obtained prevailing
15   party status.  There is no dispute with regard to liability.
16   It's a matter of coming to an agreement in terms of legal fees.
17   I've provided the legal fees to Corporation Counsel on
18   October 5, 2020, and to date I do not have a settlement offer.
19             In addition, the defendant did not file an answer in
20   this case in a timely way.
21             THE COURT:  Okay.  Mr. Krist, what do you have to say?
22             MR. KRIST:  Thank you, your Honor.
23             With regard to the nature of the case at large, we
24   agree with plaintiff that this is a fees issue, largely the
25   issue before the Court (inaudible) what will end up being a

1   reasonable fee for the work in the underlying proceedings by
2   plaintiff's firm?
3            With regard to the production of billing information,
4   I myself did not hear anything from Ms. Roller for months until
5   I believe the middle of last month.  Upon hearing from her we
6   have been going through and trying to find some records that
7   Ms. Roller says she produced in October.  I have no reason to
8   doubt that.  I just haven't been able to find them.  So, I
9   didn't have anything to work off of.
10           Ms. Roller has now given additional copies to me.  We
11  have had some discussions about the basis or candidly, what we
12  feel to be a lack of the some of the claims that they're making
13  and we are seeking to address those.
14           With respect to the answer issue, the case was
15  initially stayed in the fall.  It remained marked and stayed in
16  PACER and the, if anything, I believe that may have caused an
17  administrative error.
18           THE COURT:  Mr. Krist, am I correct that it was stayed
19  at the request of the city?
20           MR. KRIST:  It was stayed at the request of the city,
21  your Honor, yes.
22           THE COURT:  And so, while you say it was PACERS fault,
23  it's the city's fault, right?
24           MR. KRIST:  It certainly -- it was, the confusion at
25  the end of the day was on our part and so, we apologize for

that issue.  It was stayed prior to my getting assigned to it and it remained at the hearing stage after that and if anything that was our misinterpretation of that.  So, the issue that it caused for everyone in terms of the delay is certainly something that we regret but at the same time we don't believe --

THE COURT:  Could I correct -- you have had the papers for eight months now and they've become lost.  They are now lost, Ms. Roller produced some time ago.

MR. KRIST:  Ms. Roller has indicated that she produced billing information this October pursuant to the Court's order.  I have looked in the files that was given to me.  I haven't found it.  It is not in anything that was given to me.  It wasn't in our central tracking system.  So, that is -- the first I literally saw anything from, any billing information from Ms. Roller was received after this issue arose last month.

THE COURT:  Well, if you had proceeded within the 90 days that you asked for, you might not have lost the documents or misplaced them.

Here is what we are going to do.  I want you to resolve this matter by the 21st of June.  That's 19 days from now.  If you are not able to resolve it by the 21st of June, we are going to have a trial on June 23rd.  That's Wednesday, June 23rd.  The trial will be what are the reasonable attorneys fees in light of the fact that Ms. Roller is the prevailing

1    party.  So, you can use the time to resolve the matter or
2    prepare for the case.  But if you don't resolve the matter by
3    the 21st, you are going to go to trial on the 23rd.
4                MR. KRIST:  Thank you, your Honor.
5                THE COURT:  Is that clear, Ms. Roller?
6                MS. ROLLER:  Yes, your Honor.
7                Thank you.
8                THE COURT:  Mr. Krist, is that clear?
9                MR. KRIST:  It is, your Honor.
10               THE COURT:  Okay.  Anything else to take up today?
11               MS. ROLLER:  Nothing further from the plaintiff.
12               Thank you.
13               THE COURT:  Good luck.  You ought to settle this
14   matter.
15               How much is it worth, Ms. Roller, 16,000/$15,000?
16               MS. ROLLER:  No.  I'm sorry.  I'm having trouble
17   pulling up the underlying documents.  Give me one second and I
18   can tell you exactly what it is.
19               (Pause)
20               MS. ROLLER:  You're right, your Honor.  It's under 16,
21   just under $16,000 for the underlying case and then the current
22   action.
23               I just want to be clear that I have asked Mr. Krist
24   for a timeline on which he can produce an offer or when he will
25   be submitting the comptroller memo settlement authority, and to

1    date, I just haven't received any kind of timeline and there's
2    been no offer.  But I want to be clear that it is the
3    plaintiff's desire to settle this case and not spend the
4    Court's time or resources on something like this that can be
5    easily resolved by settlement.
6             THE COURT:  Well, I hope that spirit prevails because
7    it should be settled, especially, for an amount that's almost
8    de minimus in light of long delay and caused by the city.  So,
9    I hope you are able to resolve it by the 21st.  If not, we'll
10   have the trial on the 23rd at ten o'clock in the morning.
11            If you need intervention before then, let us know.
12   We'll be around and we'll be glad to help but you ought to be
13   able to resolve this matter yourself.
14            MS. ROLLER:  Agreed.
15            Thank you very much, your Honor.
16            MR. KRIST:  If might briefly?
17            THE COURT:  Go ahead.
18            MR. KRIST:  I apologize for not catching everyone
19   before.
20            I was trying to mention that to ensure that we have
21   all the most updated information, since that's been an issue
22   some other times, if can we could just make sure plaintiff gets
23   us again, the most up-to-date billing records possible.
24            But also again we'll while I have everyone, with
25   regard to hopefully what I feel will be very unlikely

eventuality of needing the Court's further intervention, with regard to a trial on this, I wanted to doublecheck, there really aren't, to my knowledge, any factual disputes. I think if we were unable to resolve this, which again, I hope to not be the case, but if for some reason we're not able to revolve this, I think this would be a summary judgment issue.

THE COURT: Yeah. Well, summary judgment is discretionary. We are going to have a trial. You say there is a dispute about whether or not the fees were all spent on the underlying matter. So, I'd like what I've done. I am going to stick to it. You can settle the matter if you wish. You can try the matter if you wish. There's not going to be a motion for summary judgment because there's issues fact and the issue fact is the value of the services rendered.

So, Ms. Roller will produce -- and don't forget. You know, it's the city that's lost the papers. It's the city that's lost the track of the case. It's the city that's caused the eight-month delay.

So, I don't think, Mr. Krist, you are in a good position to bargain. I hereby rule, settle the case or we'll try the case on the 23rd.

MR. KRIST: Thank you, your Honor.

THE COURT: All right. Good bye.

(Adjourned)