```
_____x
```

I.O., individually and on behalf of his child
G.O., a minor,

                                                 Plaintiffs,                20 Civ. 5061 (PAC)

  -against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                                                 Defendant.
```
_____x
```

## [Proposed] ORDER

Plaintiffs I.O. individually, and on behalf of his child, G.O. a minor, established at trial on June 23, 2021 that they are prevailing parties under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq*, entitled to reasonable attorneys' fees and costs.

Based on the Court's findings of fact and conclusions of law, as recited on the record, the Court approves the following hourly rates for attorneys and staff of the Law Offices of Irina Roller, PLLC (Roller Law):

- Attorneys - Irina Roller, Benjamin J. Hinerfeld and Mary Jo Whateley: $425 per hour.
- Paralegals - Maria Mandilas and Junnisha S. Sterling: $150 per hour.
- Law Clerk - Michele Zaurov: $100 per hour.

The Court approves Attorney Roller for 27.2 hours billed and Paralegal Sterling for 10.4 hours billed in the underlying IDEA hearing. The Court further approves Roller Law's expenses of $426 for the IDEA hearing. Total fees and costs for the IDEA hearing are **$13,546.00**, broken down as follows:

| IDEA Hearing | | | |
|---|---|---|---|
| | Hours | Rate | Total |
| Irina Roller | 27.2 | $425 | $11,560.00 |
| Junnisha S. Sterling | 10.4 | $150 | $1,560.00 |
| Costs | | | $426.00 |
| **IDEA Fees and Costs** | | | **$13,546.00** |

For this federal fee action, the Court approves Roller Law attorneys and staff for the following billable hours, but reduces fees awarded by 33%:

| Federal Fee Action | | | |
|---|---|---|---|
| | Hours | Rate | Total |
| Irina Roller | 22.6 | $425 | $9,605.00 |
| Benjamin J. Hinerfeld | 13.7 | $425 | $5,822.50 |
| Mary Jo Whateley | 0.9 | $425 | $382.50 |
| Maria Mandilas | 5.8 | $150 | $870.00 |
| Michele Zaurov | 10.7 | $100 | $1,070.00 |
| Federal Fees | | | $17,750 |
| 33% reduction | | | *$(5,857.50)* |
| Adjusted Federal Fees | | | $11,892.50 |
| Costs – SDNY Filing Fee | | | $400.00 |
| **Federal Fees and Costs** | | | **$12,292.50** |

| IDEA Fees and Costs | $13,546.00 |
|---|---|
| Federal Fees and Costs | $12,292.50 |
| **TOTAL FEES AND COSTS** | **$25,838.50** |

Wherefore, Plaintiffs are awarded **$25,838.50** in total attorneys' fees and costs for the IDEA hearing and for this federal fee action.

The parties have _____ days to file objections to this Order.

SO ORDERED

_____

PAUL A. CROTTY
United States District Judge

Dated: New York, New York
       June         , 2021