**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
I.O., individually and on behalf of his child G.O.,
a minor,

                 Plaintiffs,

-against-                            20 **CIVIL** 5061 (PAC)

**JUDGMENT**
**for attorney's fees and costs**

New York City Department of Education,

                 Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2021, and the Court's Memo Endorsed Order dated July 7, 2021, Plaintiffs are awarded $25,838.50 in total attorneys' fees and costs for the IDEA hearing and for this federal fee action; accordingly, this case is closed.

**Dated:** New York, New York

     July 8, 2021

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**

                       **BY:**    *K. Mango*

                                                **Deputy Clerk**